**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cr-00291-APG-CWH |
| vs. ) | |
| ) | **ORDER APPOINTING COUNSEL** |
| LESLIE DANIEL LONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Leslie Long has filed a letter (ECF No. 89) inquiring whether he qualifies for a sentence reduction due to an amendment to the Sentencing Guidelines regarding a "minor role" in the crime for which he was convicted.

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel to represent Long unless the Federal Public Defender declines the appointment on the basis of a conflict no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute a copy of the document filed by Long to the Federal Public Defender, the United States Attorney, and the U.S. Probation Office forthwith.

**IT IS FURTHER ORDERED** that the Probation Office shall provide counsel for the Defendant and the government with the Defendant's Presentence Report; shall generate the Defendant's current Inmate Profile (also known as a "Sentry Report"); and shall prepare a Supplemental Presentence Report addressing whether, in the Probation Office's assessment, the Defendant is statutorily eligible for a sentence reduction pursuant to Guidelines Amendment 782, and further advising the Court of the applicable and recommended guideline range. The Probation Office will serve the Presentence Report and Supplemental Presentence Report on

1  the Federal Public Defender, the United States Attorney, and the Court, and shall be prepared to
2  meet and confer with the Federal Public Defender and the United States Attorney to discuss the
3  Sentry Report, within thirty (30) days of the date of this Order.

4      **IT IS FURTHER ORDERED** that the United States Attorney or the Federal Public
5  Defender may, within thirty (30) days after receiving those Reports from the Probation Office,
6  request that the Probation Office provide the Defendant's Progress Report and Disciplinary
7  Records from the Bureau of Prisons. If the United States Attorney or the Federal Public
8  Defender makes such a request, the Progress Report and Disciplinary Records shall be served
9  on the Federal Public Defender, the United States Attorney, and the Court within thirty (30)
10 days after receiving the request unless for good cause the time is extended.

11     **IT IS FURTHER ORDERED** that the Federal Public Defender shall, within one
12 hundred twenty (120) days of this Order, file any appropriate motion or stipulation. If the
13 Federal Public Defender files a motion for a sentence reduction pursuant to Guidelines
14 Amendment 782, the United States Attorney shall serve any response to such motion within
15 thirty (30) days of the filing of that motion unless for good cause the time is extended.

16     **DATED** this 27th day of July, 2016.

17     _____
    Andrew P. Gordon
18     United States District Judge