# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:13-cr-00291-APG-CWH |
| vs. | ) | |
| LESLIE DANIEL LONG, | ) | |
| Defendant. | ) | **ORDER** |

On July 28, 2016, The Federal Public Defender filed an Ex Parte Motion to Decline Appointment and for Appoint New Counsel (ECF 91). The motion is granted.

Accordingly, IT IS HEREBY ORDERED that the CJA Clerk appoint new counsel.

DATED this  29th   day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE