# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:13-cr-00291-APG-CWH |
| | ) |
| vs. | ) **ORDER FOR GOVERNMENT TO** |
| | ) **RESPOND** |
| LESLIE DANIEL LONG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On November 1, 2016, defendant Leslie Long filed a motion to vacate or correct his conviction and sentence. ECF No. 94.  On July 27, 2016, I entered an order that if Long's counsel filed such a motion, the United States Attorney was to serve any response within thirty (30) days of the filing of that motion unless for good cause the time is extended.  To date, the United States Attorney has not filed any response.

**IT IS HEREBY ORDERED** that the United States Attorney shall serve any response to Long's motion by December 30, 2016.

**DATED** this 5th day of December, 2016.

_____
Andrew P. Gordon
United States District Judge