|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00291-APG-CWH |
| Plaintiff | **Order Granting Early Termination of Supervised Release** |
| v. | [ECF No. 102] |
| LESLIE DANIEL LONG, | |
| Defendant | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Defendant Leslie Long moves for early termination of supervised release. ECF No. 102. The United States Probation Office and the United States Attorney agree with his request.

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e), which requires me to consider the defendant's conduct and the interests of justice. I also must consider "the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." After examining those section 3553 factors, I may terminate probation "if [I am] satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Early termination is not the norm.

Mr. Long was convicted of conspiracy to distribute methamphetamine and was sentenced to 75 months in custody and three years of supervised release. Mr. Long commenced supervision on December 28, 2017. He has no violations and has been gainfully employed since his release. Mr. Long completed various educational courses and the Residential Drug Abuse Treatment Program. He now owns a business that he hopes to expand.

Mr. Long has changed his life and I believe he is rehabilitated. The public is no longer in need of protection from Mr. Long, and continued supervision will not provide any additional

deterrence to him committing crimes in the future. 18 U.S.C. § 3553(b)(2)(B), (C).  As for the policy statements issued by the Sentencing Commission (18 U.S.C. §3553(a)(5)), Application Note 5 to United States Sentencing Guideline § 5D1.2 states that "[t]he court is encouraged to exercise this authority [to terminate early release] in appropriate cases."  This is an appropriate case.

Because of the circumstances of this case, the interests of justice are served by the early termination of supervised release.  I will grant the motion.

IT IS THEREFORE ORDERED that Mr. Long's motion for early termination of supervised release **(ECF No. 102) is GRANTED.**  Supervised release shall end immediately.

DATED this 28th day of December, 2018.

_____
Andrew P. Gordon
United States District Judge